JEFFERSON v. STATE. (No. 3586.) (Court of Criminal Appeals of Texas. June 9,

1915.) Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge. Jesse Jefferson was convicted of manslaughter, and he appeals. Affirmed. C. C. McDonald, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was convicted of manslaughter, and assessed the lowest punishment. There is but one question raised which we can review, and that is whether the evidence was sufficient to sustain the verdict. We have carefully read it. We see no necessity for stating the facts. The evidence was amply sufficient to sustain the verdict. The judgment is affirmed.